UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DONALD WINCHESTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-449-SEB-DKL |
| | ) | |
| NIXON TOOL COMPANY INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL

Come now the parties, by counsel, and file their Stipulation of Dismissal, and the Court having reviewed same, now ORDERS this cause of action dismissed, with prejudice against the refiling thereof, costs paid.

03/17/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution via the Court's ECF System